The People of the State of Illinois, defendant in error, v. William Blackwell, plaintiff in error. Gen. No. 29,390.

Error to the Municipal Court of Chicago; the Hon. Peter H. Schwaba, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Reversed on opinion in *People v. Beckwith, post.* Opinion filed June 17, 1925.

Wendell E. Green, for plaintiff in error. No appearance for defendant in error.

Mr. Justice Taylor delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Charles Beckwith, plaintiff in error. Gen. No. 29,391.

Prosecution for larceny. Defendant convicted. Error to the Municipal Court of Chicago; the Hon. Peter H. Schwaba, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Reversed. Opinion filed June 17, 1925.

Wendell E. Green, for plaintiff in error. No appearance for defendant in error.

Mr. Justice Taylor delivered the opinion of the court.

---

Eliza Dondanville, appellant, v. John A. Crawford, appellee. Gen. No. 29,446.

Suit on promissory note. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Joseph W. Schulman, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed June 17, 1925.

Clark & Clark, for appellant; Russell S. Clark, of counsel. Hume & Kennedy, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

E. Sumner Walker, defendant in error, v. Leo J. Dwyer, plaintiff in error. Gen. No. 29,457.

Suit for services in procuring purchaser for real estate. Judgment for plaintiff. Error to the Superior Court of Cook county; the Hon. Silas Cook, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Reversed and remanded for a new trial. Opinion filed June 17, 1925.

Joseph P. Mahoney, for plaintiff in error. Urion, Drucker, Reichmann & Boutell, for defendant in error.

Mr. Justice Taylor delivered the opinion of the court.